IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STATE OF WISCONSIN,

    Plaintiff,

  v.

                                  Case No.  20-cv-654-wmc

MARTIN WAYNE CHAPMAN,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case. Polk County case nos. 19-CF-64 and 18-CT-89 are remanded to the Circuit Court for Polk County, Wisconsin.

| /s/ | 10/13/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |